# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jose Andres Robles Encalada, | Court File No. 25-CV-3946 (PAM/DLM) |
| Plaintiff(s), | |
| v. | |
| Pamela Bondi, et al., | |
| Defendant(s). | |

## ORDER OF RECUSAL AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to this Court's Assignment of Cases Order dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master list for the undersigned.

**IT IS HEREBY FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 15, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge