UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSE ANDRES ROBLES ENCALADA, | Case No. 25-CV-3946 (NEB/DLM) |
| Plaintiff, | |
| v. | |
| PAMELA BONDI, ATTORNEY GENERAL; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; IMMIGRATION AND CUSTOMS ENFORCEMENT, SAMUEL OLSON, ACTING DIRECTOR, ST. PAUL FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; AND, RYAN SHEA, SHERIFF OF FREEBORN COUNTY, | ORDER |
| Defendants. | |

The parties appeared before the Court on October 27, 2025, for a hearing on Plaintiff's emergency motion for temporary restraining order or preliminary injunction. (ECF No. 3.) For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED THAT:

1.   Plaintiff's motion for temporary restraining order or for preliminary injunction (ECF No. 3) is GRANTED.

2. Within seven days, Respondents shall either (1) release Robles from custody or (2) provide Robles with a bond hearing, at which the government shall bear the burden of justifying Robles's continued detention.

Dated: October 27, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge