# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jose Andres Robles Encalada,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration & Customs Enforcement, Samuel Olson, and Ryan Shea,<br><br>Respondents, | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-03946-NEB-DLM |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. R.E.'s motion for preliminary injunction (ECF No. 3) and Petition for Writ of Habeas Corpus (ECF No. 1) are GRANTED. R.E.'s detention without an individualized custody determination violated the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment; and

2. Within seven days of this Order, the parties shall advise the Court whether additional proceedings in this matter are required.

Date: 11/5/2025                                                                                    KATE M. FOGARTY, CLERK